UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

```
------------------------------X
                              )
BROADCAST MUSIC, INC., et al  )
                              )
         Plaintiffs           ) Civil Action No: AMD 02 CV 1876
                              )
vs.                           )
                              )
2314 BOSTON ST. CORP.,        )
etc., et al                   )
                              )
         Defendants           )
                              )
------------------------------X
```

FILED ENTERED LODGED RECEIVED
AUG 0 5 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

FILED ENTERED LODGED RECEIVED
AUG - 1 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

### STIPULATION OF DISMISSAL, WITHOUT PREJUDICE

The parties to the above-captioned case, by and through their undersigned counsel, hereby stipulate to the dismissal of this case, without prejudice, with each party to pay their own costs. However, this case is subject to being reopened for the filing of a Consent Judgment in the event that the Defendants do not comply with the terms and conditions of the Settlement Agreement by and between Plaintiffs and Defendants.



```
                        OFFIT, KURMAN, YUMKAS, DENICK
                          & ALMS, P.A.

                        By: _____
                           Max S. Stadfeld (05684)
                           Suite 200
                           8 Park Center Court
                           Owings Mills, Maryland 21117
                           410/356-0600
                           Attorney for Plaintiffs

                        _____
                        Melvin J. Kodenski
                        Suite 400
                        19 East Fayette Street
                        Baltimore, Maryland 21202
                        410/685-5100
                        Attorney for Defendants
```

APPROVED:

_____   8/5/2002
Andre M. Davis,
United States District Judge

150095\005\85\Stipulation of Dismissal, without prejudice